1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

```
┌─────────────────────────────────────┐
│                 FILED                │
│      CLERK, U.S. DISTRICT COURT      │
│                                      │
│           NOV 2 6 2012               │
│                                      │
│  CENTRAL DISTRICT OF CALIFORNIA      │
│  BY                       DEPUTY     │
└─────────────────────────────────────┘
```

6

7

8            UNITED STATES DISTRICT COURT
9     FOR THE CENTRAL DISTRICT OF CALIFORNIA
             EASTERN DIVISION

10

11  MARK STEVEN REINEKING,          )    CASE NO.: **EDCV 11-02014 E**
                                    )
12            Plaintiff,            )    [~~PROPOSED~~] ORDER AWARDING
                                    )    EAJA FEES
13       v.                         )
                                    )
14  MICHAEL J. ASTRUE,              )
    Commissioner of Social Security, )
15                                  )
              Defendant.            )
16  _____)

17

18        Based upon the parties' Stipulation for Award and Payment of Equal Access

19  to Justice Act (EAJA) Fees ("Stipulation"),

20        **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21  Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND

22  FOUR HUNDRED DOLLARS and no/cents ($2,400.00), as authorized by  28

23  U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

24        DATED: 11/26/12

25

26        _____
          UNITED STATES MAGISTRATE JUDGE

27

28

1